No. 94–5795. TOLEDO-YIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5802. HURTADO-OLIVERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5824. MCINTYRE v. CROUCH ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1669. ARAVE, WARDEN v. FETTERLY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1824. PENNSYLVANIA v. TRAVIS. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1844. CALIFORNIA v. PIMENTEL. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1875. RISON ET AL. v. DEMJANJUK ET AL. C. A. 6th Cir. Motion of respondent John Demjanjuk for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1898. FLORIDA v. SMITH. Dist. Ct. App. Fla., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–2021. ALABAMA v. HANSBROUGH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–43. HARPER ET AL. v. MUJAHID, AKA SMITH. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1782. SWEENEY, INDIVIDUALLY AND AS TRUSTEE OF THE MAPLE LEAF TRUST AND OF THE CANADIAN REALTY TRUST, ET AL. v. RESOLUTION TRUST CORPORATION ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.